IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RICO DAVID WATSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-303 (MTT) |
| | ) |
| **GLEN JOHNSON, et al.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Stephen Hyles (Doc. 40) on the Defendants' motion to dismiss (Doc. 16) and the Plaintiff's motion for injunctive relief (Doc. 21). The Magistrate Judge recommends granting the Defendants' motion to dismiss because the Plaintiff has failed to allege facts sufficient to state a claim upon which relief can be granted. The Magistrate Judge further recommends denying the Plaintiff's motion for injunctive relief because the Plaintiff has failed to show a substantial likelihood of success on the merits. Pursuant to 28 U.S.C. § 636(b)(1), the Magistrate Judge denied the Plaintiff's eleven pending miscellaneous filings. (Docs. 10; 17; 23; 24; 25; 30; 31; 34; 35; 37; 38).

The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is **ADOPTED** and made the order of this Court. The Defendants' motion to dismiss (Doc. 16) is **GRANTED**, and the Plaintiff's motion for injunctive relief (Doc. 21) is **DENIED**. The Plaintiff's complaint is **DISMISSED without prejudice**.

**SO ORDERED**, this 9th day of September, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
